FILED
2022 NOV 8 PM 2:59
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (7349)
JAY T. WINWARD, Assistant United States Attorney (11806)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
Jay.winward@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRADY BILL TURNER, <br><br> Defendant. | FELONY INFORMATION <br><br> VIOLATION: <br><br> COUNT I: 21 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm. <br><br><br> Case: 4:22−cr−00125 <br> Assigned To : Nuffer, David <br> Assign. Date : 11/8/2022 |

The United States Attorney charges:

### COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about September 21, 2022, in the District of Utah,

**BRADY BILL TURNER**,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a 6.5 Creedmore rifle, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such

acquisition of the firearm, that is, he falsely answered "no" on ATF form 4473 asking whether he had ever been convicted of a felony; when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

    DATED this _____ day of November, 2022.

                                    TRINA A. HIGGINS
                                    United States Attorney

                                    */s/ Jay T. Winward*
                                    JAY T. WINWARD
                                    Assistant United States Attorney